LAW OFFICES OF PERRY C. WANDER
PERRY C. WANDER, ESQ.
(Bar No. 102523)
9454 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 274-9985
Facsimile:   (310) 274-9987
pcwlaw@msn.com

Attorney for 6126, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 6126, LLC., A DELAWARE LIMITED LIABILITY COMPANY DBA 6126 COLLECTION;<br><br>Plaintiff,<br><br>vs.<br><br>D.N.A.M. APPAREL INDUSTRIES, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>AND RELATED CROSS CLAIM | **Case No.** CV 13-00673-FMO (CWx)<br><br>**PLAINTIFF 6126, LLC'S OBJECTION TO REQUEST OF COUNTER DEFENDANT TO ENTER DEFAULT OF LINDSAY LOHAN; DECLARATION OF PERRY C. WANDER IN SUPPORT THEROF** |

I,  PERRY C. WANDER, declare as follows:

   1.   I am the attorney of record for the Plaintiffs 6126, LLC., A Delaware Limited Liability Company DBA 6126 Collection in the above entitled action.

2. I submit this declaration in opposition to Adam Rossman's Declaration in Support of Request to Enter Default of Lindsay Lohan a party to the cross claim.

3. I am concerned that counsel is not being truthful with the court. The proof of service filed with the court contains an address that counsel knows or should know is a bad address for Ms. Lohan.

4. Through discovery my office provided the current residence address for Lindsay Lohan but counsel has acknowledged in writing that they have been unsuccessful in serving her at her residence in New York.

5. Counsel has acknowledged that this service may be objected to and nevertheless is attempting to perpetrate a fraud upon the court which will result in a Motion to Quash or Motion to Vacate for lack of personal jurisdiction.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  December 3, 2013          LAW OFFICES OF PERRY C. WANDER

                                  By _____/ss/_____
                                     Perry C. Wander, Esq.
                                     Attorney for Plaintiff 6126, LLC

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On December 3, 2013, I served the foregoing document described as**, PLAINTIFF 6126, LLC'S OBJECTION TO REQUEST OF COUNTER DEFENDANT TO ENTER DEFAULT OF LINDSAY LOHAN; DECLARATION OF PERRY C. WANDER IN SUPPORT THEROF,** on the interested parties in this action:

SEE MANUAL NOTICE LIST

I, Perry C. Wander, hereby certify that on August 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants, if any, indicated on the Manual Notice list.

(MAIL) I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed on the Manual Notice list.

(FACSIMILE) By causing a true and correct copy of same to be sent by facsimile to the addressee(s).

(EMAIL) By causing a true and correct copy of same to be sent by email to the addressee(s).

(PERSONAL SERVICE) By causing such envelope to be delivered by hand to the office(s) of the addressee(s).

√√√  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 3, 2013, at Beverly Hills, California.

_____/ss/_____
    Perry C. Wander

# MANUAL NOTICE LIST.

ADAM S. ROSSMAN, ESQ.
1801 Century Park East
Los Angeles, Ca. 90067
*Facsimile (310)552-1008*
*adamrossman@hotmail.com*

MICHAEL J. PERRY, ESQ.
A Professional Law Corporation
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
*Facsimile (310) 306-3456*
*mjp@michaeljperrylaw.com*